UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Narciso Martas et al.,                                       :
                                                             :
                        Plaintiffs,                          :
                                                             :           **ORDER**
            -against-                                        :
                                                             :           05-CV-1390 (DLI)(CLP)
S&S Pastry Shop, Inc.,                                       :
                                                             :
                        Defendant.                           :
-------------------------------------------------------------x


**DORA L. IRIZARRY, U.S. District Judge:**


      It appearing that no timely objections have been filed to the Report and Recommendation of the Honorable Cheryl L Pollak, U.S.M.J., dated February 16, 2006; and

      Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that plaintiffs' motion for entry of a default judgment is granted, and plaintiffs are awarded $13,411.48 in damages; and it is further

      ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties. The Clerk of the Court is further directed to close this case.


DATED:    Brooklyn, New York
              March 6, 2006

                                          _____/s/_____
                                                DORA L. IRIZARRY
                                            United States District Judge