UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NARCISCO MARTAS, et al.,                                          JUDGMENT
                                                                  05-CV- 1390 (DLI)
                        Plaintiffs,

-against-

S&S PASTRY SHOP, INC.,

                        Defendant.
-----------------------------------------------------------------X

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 6, 2006, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated February 16, 2006; granting plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment awarding plaintiff total damages in the amount of $13,411.48, representing $6,300.00 in unpaid contributions to the Welfare Fund, $4,056.30 in delinquent contributions owed to the Pension Fund, $945.09 in total interest, an additional $945.09 in damages under Section 1132(g)(2)(C)(i), $875.00 in attorney's fees, and $290.00 in costs, as a result of the Welfare and Pension Fund delinquency; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; that plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of plaintiff, Narcisco Martas et al., and against defendant, S&S Pastry Shop, Inc., awarding damages in the total amount of $13,411.48, representing contributions owed to the Pension Fund, $945.09 in total interest, an additional $945.09 in damages under Section 1132(g)(2)(C)(i), $875.00 in attorney's fees, and $290.00 in costs, as a result of the Welfare and Pension Fund delinquency.

Dated: Brooklyn, New York
      March 28, 2006

ROBERT C. HEINEMANN
Clerk of Court